CIVIL NO. _____ (___); *MCDP Phoenix Services PTE LTD., v. First Finance Internatioal Bank, Inc. et al.*
COMPLAINT - RICO - EXHIBIT 1

# EXHIBIT 1

## THE PAYTOO COMPANIES

a.  **Paytoo Corporation**

b.  **Paytoo Holding Corporation**
    1201 Orange Street, Suite 600
    Wilmington, New Castle County, DE (1989)

c.  **Paytoo Bank International, Inc.**
    American International Plaza Building
    250 Munoz Rivera Avenue, Suite 1500
    San Juan, Puerto Rico 00918
    Predecessor to FFIB, subsidiary of
    Diversified Payment Solutions Holding Corp. (USA)

d.  **Paytoo Capital, LLC**
    Subsidiary of Diversified Payment Solutions Holding Corp. (USA)

e.  **Paytoo International Licensing Corp. (USA)**
    Subsidiary of Diversified Payment Solutions Holding Corp. (USA)

f.  **Paytoo Merchant Services Corp.**

g.  **Paytoo Wallet Corp.**

h.  **Paytoo Wireless Inc.**

i.  **Pay Mobile Technologies, Inc.**

j.  **Paymotech Finance Corporation.**