CIVIL NO. _____ (___); *MCDP Phoenix Services PTE LTD., v. First Finance Internatioal Bank, Inc. et al.*
COMPLAINT - RICO - EXHIBIT 3

# EXHIBIT 3

# SERGEY's COMPANIES

Sergey owns and/or operates the following companies, among others, some of them "racketeering enterprises."

a. Engineering Systems, LLC
b. ES American Finance, Inc.
c. ES Auto Finance, Inc.
d. Fashion Point, Inc.
e. ES Miami Investment, Inc.
f. ES Reliable Investment, Inc.
g. Taximeta Inc.
h. Likeitbest Inc.
i. ES IT Evolution Inc.
j. EsprintInternational, Inc.
k. Airbet Inc.
l. SVM-Med
m. Happy Land FL, LLC