FORUMDAILY
(HTTPS://WWW.FORUMDAILY.COM/EN)

EXHIBIT 4


 English

HOW TO START A BUSINESS IN THE USA | GREEN CARD LOTTERY (DV-2023) (https://... | JOB ANNOUNCEMENTS (https://www.foru...

*The article has been automatically translated into English by Google Translate from Russian and has not been edited.*

# Russian businessman with access to the state secret, fled to the USA

21.09.2018, 11:59 EST   A source: RBC (https://www.rbc.ru/society/21/09/2018/5ba362be9a7947fc4acab3ca?from=newsfeed)

Subscribe to ForumDaily on Google News (https://news.google.com/publications/CAAqBwgKMKfjlgswqoquAw?hl=en-US&gl=US&ceid=US:en)

The Investigation Committee of the Russian Federation announced the international wanted list on fraud charges of Sergei Slastikhin, the owner of a construction company - a major contractor of "Roscosmos" with access to a state secret. The investigation claims that the businessman fled to the United States.



Photo: facebook.com/pg/Roscosmos

In the United States with a license from the FSB



The investigative committee announced the international search for the owner of a construction company, a contractor of Roscosmos facilities, OOO Engineering Systems LLC, Sergey Slastikhin, who is charged with large-scale fraud (article 159 h. 4 UK). This was stated by the representative of the TFR at a meeting of the Basmanny Court of Moscow, which on Thursday, September 20, arrested Slastikhin in absentia, writes RBC (https://www.rbc.ru/society/21/09/2018/5ba362be9a7947fc4acab3ca?from=newsfeed).

> "It has been established that the accused is hiding outside the Russian Federation, currently in the United States," the investigator sa at the meeting.

The interlocutor of RBC, familiar with the course of the investigation, said that Slastikhin appears in several criminal cases related to the construction projects of "Roskosmos", the damage on which can amount to "hundreds of millions of rubles".



Now "Engineering Systems" are in a state of bankruptcy. The official website of the company specified in the SPARK database is available only through the web.archive service. In its saved version, among the projects are listed more than a dozen facilities of the operator of the Russian space centers of the Federal State Unitary Enterprise Center for the Operation of Ground-Based Space Infrastructure Facilities (TsENKI). In addition, a copy of the license of the FSB to allow OOO Engineering Systems to work with information containing state secrets and licenses of Roscosmos for work in the space industry has been preserved.

Among the "Engineering Systems" contracts are the reconstruction and technical re-equipment of the Extreme aerodrome facilities (Baikonur Cosmodrome), the reconstruction and technical re-equipment works of the mechanical workshop of the TsENKI branch - the Design Bureau of the Transport and Chemical Engineering Industry (CTC), which provides warranty coverage for units operating at serial facilities of the Strategic Missile Forces, as well as the reconstruction of administrative buildings of the Federal State Unitary Enterprise Center Zvezdny, Roscosmos wasp".

"Work with the companies of Slastikhin was stopped about three years ago. Prior to that, he, as a contractor, participated in the work on the Roscosmos headquarters on Berezhkovskaya Embankment in Moscow and built office buildings at Baikonur, "told RBC source close to the state corporation.



Фото: Depositphotos

**Missing accountancy**

In the materials of the Moscow Arbitration Court about the bankruptcy of "Engineering Systems", referring to the findings of the FTS check, it is claimed that the wanted businessman also actually controlled the companies "GlobalStroy" and "Construction Strategy", which "carried out the same type of construction work contract at the facilities FSUE "CENKI". They have the same legal address, the employees of Engineering Systems LLC held senior positions in GlobalStroy LLC and Construction Strategy LLC. The last two firms, according to the court, "did not function as independent legal entities, but were controlled by" Engineering Systems ". According to SPARK, all three companies have branches in the city of Baikonur at the address: Barmina Street, d. 8B.

> Among the customers of GlobalStroy and Construction Strategy are also Roscosmos structures, mainly TsNKI, including the Center for the Elimination of Intercontinental Ballistic Missiles in the Nizhny Novgorod Region.

We use cookies! We need them to better understand our readers and advertisers. LEARN MORE(HTTPS://WWW.FORUMDAILY.COM/E  **AGREE**  LICY/)


According to the definition of the Moscow Arbitration Court from 23 July 2018, in the bankruptcy case of Engineering Systems LLC, Slastikhin was brought to secondary liability for the obligations of his company in the amount of 908 million rubles. The number of these requirements includes more than 200 million rubles, which TsNRCI tried to collect from the "Engineering Systems".

The definition of the arbitration court of 23 July emphasizes that the company's management did not hand over the accounting documentation to the bankruptcy trustee, as required by the procedure, which failed to identify the debtor's assets, verify and challenge the transactions.

From the materials that the judge Julia Safina read out at the meeting as she was suppressed for Slastikhina, it follows that the correspondence charge was brought against the businessman on August 7. The very next day, he was declared in the federal wanted list, and September 11 - in the international.

The lawyer of the accused, Nail Andronikov, objected to the correspondence arrest of Slastikhin, since, in the opinion of the defense, his guilt was not supported by the materials of the case sufficiently. At the same time, he added that now he could not contact Slastikhin to find out his position on the case.

The lawyer refused to discuss the circumstances of the case with RBC. The press service of TsENKI RBC said that the investigative actions at the company did not comment.



Фото: Depositphotos

## Purges in "Roscosmos"

In May, 2018, Dmitry Rogozin was appointed head of Roscosmos. At the end of June, he asked the Accounts Chamber to check the enterprises in the rocket and space industry. Earlier, the head of the chamber, Alexei Kudrin, reported that during the 2017 year, the Accounts Chamber revealed financial violations in the space industry amounting to 1,865 trillion rubles, and 40% of these violations (760 billion rubles) occurred at Roskosmos.



After the order of Rogozin, inspections took place at RSC Energia, which develops and manufactures Soyuz rockets and Progress space trucks. In early July, this division of the state corporation changed its head: Vladimir Solntsev, who worked as CEO of Energia from 2014, wrote a letter of resignation. Personnel changes after the arrival of Rogozin occurred in other structures of "Roscosmos" - JSC "GLONASS" (the operator of the same name system) and the NPO. Lavochkin.

In May, RBC reported on searches by the TFR in the apartments of TsENKI employees regarding the theft of 7,6 million rubles. Two weeks after that, the post of general director of TsENKI left Rano Dzhuraeva, who headed the center since May 2015.

At the end of July, law enforcement agencies searched the United Rocket and Space Corporation and the leading scientific institute of Roskosmos - TsNIIMash. Soon, in the framework of the case of state treason, 74-year-old employee of TsNIIMash Viktor Kudryavtsev was arrested As RBC wrote, he is charged with the transfer of secret information to Von Karman Institute in Belgium, which, according to the FSB, is the "NATO structure".

We use cookies! We need them to better understand our readers and advertisers. LEARN MORE HTTPS://WWW.CORUMDAILY.COM/   AGREE

Also in July, the head of the NGO them. Lavochkin Sergey Lemeshevsky and enterprise lawyer Ekaterina Averyanova. According to investigators, they spent 330 million rubles. companies for legal services, although the company had full-time lawyers. Lemeshevsky explained his persecution by revenge from Roscosmos.

In August, the court arrested the deputy director of RSC Energia, Alexei Beloborodov, who was accused of attempted fraud for 31,6 million rubles. According to media reports, the case was filed after the general director of the company-counterparty appealed to the FSB with a complaint that RKK employees w extorting a rollback from him. One of the two detained employees eventually testified on Beloborodov.

**Read also on ForumDaily:**

How Russian specialists work at NASA (https://www.forumdaily.com/en/kak-rossijskie-specialisty-rabotayut-v-nasa/)

How Maria Butina twisted the Russian opposition around her finger - ForumDaily exclusive (https://www.forumdaily.com/en/kak-mariya-butina-obvela-vokrug-palca-rossijskuyu-oppoziciyu-eksklyuziv-forumdaily/)

Russian rocket and 19 satellites fell into the ocean (https://www.forumdaily.com/en/rossijskaya-raketa-i-19-sputnikov-upali-v-okean/)

US and Russia to build a space station in the moon's orbit (https://www.forumdaily.com/en/ssha-i-rossiya-postroyat-kosmicheskuyu-stanciyu-na-orbite-luny/)

MISCELLANEOUS (HTTPS://WWW.FORUMDAILY.COM/EN/CATEGORY/NOVOSTY/NO_THEME/)

INVESTIGATIVE COMMITTEE (HTTPS://WWW.FORUMDAILY.COM/EN/TAG/SLEDSTVENNYJ-KOMITET/)    ROSKOSMOS (HTTPS://WWW.FORUMDAILY.COM/EN/TAG/ROSKOSMOS/)

SEARCH (HTTPS://WWW.FORUMDAILY.COM/EN/TAG/ROZYSK/)    AT HOME (HTTPS://WWW.FORUMDAILY.COM/EN/CATEGORY/NOVOSTY/NOVOSTI-RODINI/)

**Subscribe to ForumDaily on Google News (https://news.google.com/publications/CAAqBwgKMKfjlgswqoquAw?hl=en-US&gl=US&ceid=US:en)**

Facebook    TELEGRAM (HTTPS://TELEGRAM.ME/SHARE/URL?URL=HTTPS://WWW.FORUMDAILY.COM/EN/SLEDSTVENNYJ-KOMITET-RF-RAZYSKIVAET-BEZHAVSHEGO-V-SSHA-PODRYADCHIKA-ROSKOSMOSA/)    Vkontakte    TO BOOKMARKS 0

**Let's face the crisis together and support each other**

Thank you for staying with us and trusting! Over the past 5 years, we have received a lot of grateful feedback from readers, whom our materials have helped to arrange life after moving to the United States. We have big plans, we do not want to stop or slow down the pace of work. Even now...

The COVID-19 pandemic has negatively affected our income, and in order to stay afloat, we have to ask YOU for support. We will be grateful for any amount and will make every effort to continue to publish news and a lot of useful information just as quickly.

Thank you for being with us!

Always yours, ForumDaily!

*Security of contributions is guaranteed by the use of the highly secure Stripe system.*

Support ForumDaily  PayPal  MasterCard  VISA  (https://newyork.forumdaily.com/donation/)

Подпишитесь на нашу рассылку

Your email

We will write to you only about the most important

Do you want more important and interesting news about life in the USA and immigration to America? Subscribe to our page in Facebook. (https://www.facebook.com/forumdaily) Choose the "Display Priority" option and read us first. Also, don't forget to subscribe to our РєР ° РЅР ° Р »Рl Telegram (https://t.me/ForumDailyTel) - there are many interesting things. And join thousands of readers ForumDaily Woman (https://woman.forumdaily.com/) и ForumDaily New York (https://newyork.forumdaily.com/) - there you will find a lot of interesting and positive information.

We use cookies! We need them to better understand our readers and advertisers. LEARN MORE(HTTPS://WWW.FORUMDAILY.COM/E    LICY/)    AGREE




Who We Are

# Real Russians of Miami-Dade County evade law on two continents

2018-09-22, 00:17





Who We Are

By Sarah Hurst (@XSovietNews), for StopFake

Russia has ordered the arrest of Florida-based businessman Sergey Slastikhin, accusing him of embezzling hundreds of millions of roubles in contracts for Roskosmos, the Russian space agency, and of absconding with state secrets. US law-enforcement, and perhaps even Special Counsel Robert Mueller, might want to get to Slastikhin before Vladimir Putin does, because he is involved in a large network of businesses run by Russians, some of which have ties to Trump properties.

The embezzlement charges refer to Slastikhin's company Engineering Systems, which worked on construction and technology projects at the Baikonur space centre and other locations. Slastikhin is also said to have been in control of two other construction companies with state contracts, Globalstroy and Strategiya Stroitelstvo. An FSB licence dated May

Report fake

2011, accessible online, states that Engineering Systems is involved in work that is a state secret.

[Russian FSB license document for ООО «ИНЖЕНЕРНЫЕ СИСТЕМЫ», registration number 19520, dated 30 мая 2011, valid until 21 мая 2014]

### Florida ATMs

Engineering Systems was declared bankrupt in Russia in July, but in Florida Slastikhin is president of a company called ES Reliable Investment. On its website the company says that it was incorporated on January 12, 2016, with its principle office at 17070 Collins Av., Suite 260, Sunny Isles Beach. "Our major business emphasis are Automated Teller Machines (ATM) operations and Information Technology (IT) applications," it continues in flawed English. "ES Reliable Investment Inc strives to improve current services in digital financial software environment and ATM operations in inaccessible for banking transactions areas. ES Reliable Investment Inc is a fast-growing firm, that in a short period of time claim itself as a competitive market player, and already become a provider of the exceptional ATM services in the Southern Florida areas."

## Who We Are

**ES RELIABLE INVESTMENT, INC**, a Florida based company incorporated on January 12th, 2016, with its principle office at 17070 Collins Ave, suite 260, Sunny Isles Beach. Our major business emphasis are Automated Teller Machines (ATM) operations and Information Technology (IT) applications. ES Reliable Investment Inc strives to improve current services in digital financial software environment and ATM operations in inaccessible for banking transactions areas. ES Reliable Investment Inc is a fast-growing firm, that in a short period of time claim itself as a competitive market player, and already become a provider of the exceptional ATM services in the Southern Florida areas.



**PRESIDENT**
Sergey Slastikhin

### Officer/Registered Agent Name List

Previous List   Next List                                                           Officer/RA Name Search
                                                                                    Search

| Officer/RA Name | Entity Name | Entity Number |
|---|---|---|
| SLASTIKHIN, SERGEY | ES AMERICAN FINANCE, INC. | P11000096742 |
| SLASTIKHIN, SERGEY | ES AMERICAN FINANCE, INC. | P11000096742 |
| SLASTIKHIN, SERGEY | ES AUTO FINANCE, INC. | P11000100544 |
| SLASTIKHIN, SERGEY | ES AUTO FINANCE, INC. | P11000100544 |
| SLASTIKHIN, SERGEY | ES AUTO FINANCE, INC. | P11000100544 |
| SLASTIKHIN, SERGEY | FASHION POINT INC | P12000082954 |
| SLASTIKHIN, SERGEY | FASHION POINT INC | P12000082954 |
| SLASTIKHIN, SERGEY | ES MIAMI INVESTMENT INC | P12000082964 |
| SLASTIKHIN, SERGEY | ES MIAMI INVESTMENT INC | P12000082964 |
| SLASTIKHIN, SERGEY | ES RELIABLE INVESTMENT, INC. | P16000004133 |
| SLASTIKHIN, SERGEY | ES RELIABLE INVESTMENT, INC. | P16000004133 |
| SLASTIKHIN, SERGEY | TAXIMETA INC | P16000037328 |
| SLASTIKHIN, SERGEY | TAXIMETA INC | P16000037328 |
| SLASTIKHIN, SERGEY | LIKEITBEST INC | P16000037357 |
| SLASTIKHIN, SERGEY | ES IT EVOLUTION INC | P16000040597 |
| SLASTIKHIN, SERGEY | ES IT EVOLUTION INC | P16000040597 |
| SLASTIKHIN, SERGEY | ESRINTERNATIONAL INC | P18000035407 |
| SLASTIKHIN, SERGEY | ESRINTERNATIONAL INC | P18000035407 |
| SLASTIKHIN, SERGEY | AIRBET INC | P18000052598 |
| SLASTIKHIN, SERGEY | AIRBET INC | P18000052598 |

Previous List   Next List                                                           Officer/RA Name Search
                                                                                    Search

Several other key people at ES appear to come from Russia or the region, including General Manager Svetlana Yarovenko, Administrative Manager Ekaterina Shabaeva, Sales Manager Alena Bondar, Operations Manager Konstyantyn Beynars, Administrative Assistant Ekaterina Kolotova and Operations Assistant Oleg Popov, plus technical support guys Eugene Sedorchenko and Alibek Tastanov. In response to a phone call from Stop Fake, a woman with a Russian accent who answered the phone at ES said that Slastikhin was not in the

office, and when asked if he would comment about the criminal charges in Russia, she hung up.

**Trump properties**

It sounds like Slastikhin would be fairly busy with his responsibilities at ES, but in fact he is associated with at least 19 other companies. For example, he also happens to be president of a company called SVM-Med based in Miami, Moscow and Kyiv, which featured in an article by Katie Zavadski in the Daily Beast in September 2017 titled "Russians Flock to Trump Properties to Give Birth to U.S. Citizens." Zavadski wrote that SVM-Med "offers three tiers of packages to its clients, with the top two advertising lodging in Trump Towers. The most expensive package costs $84,700 for a Trump Tower II apartment with a gold-tiled bathtub and chauffeured Cadillac Escalade or Mercedes Benz."

This is not Slastikhin's only Trump connection. In November 2016 Slastikhin's company Happy Land Fl. sued a company called Cambridge Construction alleging that the latter refused to pay subcontractors in the construction of a retail store in Fort Lauderdale. On its website Cambridge Construction includes a Trump Plaza Renovation and Trump Plaza Remodel on its portfolio. Meanwhile, Trump Palace is registered at 17070 Collins Avenue, the address where most of Slastikhin's companies are registered. A company called Sunny International Realty is located at that address, which is run by an Israeli, Nir Gavra. Contacted by Stop Fake on his mobile phone, Gavra hung up when asked to comment. On Gavra's Facebook page a pro-Trump comment from one of his friends is visible. The Miami Herald reported in June 2017 that Russian official Igor Zorin had spent millions on condos in Trump Palace (he was subsequently fired), and that his Florida-based business associate Svyatoslav Mangushev, a former Russian intelligence officer, had founded a biker club called Spetsnaz M.C.

**Lives of luxury**

In October 2017 the Miami Herald wrote about Anatoly Petukhov, a 59-year-old retired Moscow policeman from an elite unit that fought organised crime, who after moving to Florida "amassed a $38 million portfolio of condos, office buildings and prime development sites, not to mention a 31-foot powerboat." Like Slastikhin, Petukhov was accused of corruption in Russia: "In court filings, shareholders of a chain of Moscow department stores described Petukhov as a ruthless gangster muscling in on their private company to extort millions of dollars between 1999 and 2013. Petukhov would use those funds to buy South Florida properties, according to the suit. Also named as defendants were his wife, Yulia Petukhova, his Miami-based property management firm, a Hallandale Beach business associate and a related Florida company.

Slastikhin is also the chief operation officer of a Miami- and New York-based luxury furniture company called Elite Home, whose president is Vladimir Maistrenko. (General Manager Inna Dovzhynets, Sales & Project Manager Cristina Kalitskaya, Interior Designer/Architect Anna Ushakova, Sales Manager Anastasia Uglanova, Marketing Manager Oleg Ushakov, Installation Specialists Azat Zeinilov and Roman Berg.) In August 2016 a New York couple, Efraim and Angela Shamayev, sued Maistrenko and his company alleging they paid $148,000 for furniture that turned out to be of inferior quality. Maistrenko is apparently of

Ukrainian origin, since his name in the State of Florida business database is spelled Volodymyr.



Vladimir Maistrenko
Founder and President of Elite Home

Sergey Slastikhin
COO

Inna Dovzhynets
General Manager

Cristina Kalitskaya
Sales & Project Manager

**Dodgy ventures**

A name that frequently appears in association with Slastikhin is that of Evgeniy Garbovskiy. For example, he was president of the now-defunct Engineering Systems America and also held positions with ES Reliable Investment, SVM-Med and Happy Land Fl. Garbovskiy is currently the registered agent for a company called Solutions & Services America Inc – registered at 17070 Collins Avenue. A Evgeny Garbovsky on LinkedIn who says he is in the Miami/Fort Lauderdale area graduated from St. Petersburg State University in 2002, but the only work he lists on his profile is Communication Specialist at Atlantic International University since March 2017. Atlantic International University, based in Honolulu, is not accredited by an agency recognised in the United States.

Report fake




**Evgeny Garbovsky** · 3rd
Atlantic International University
Miami/Fort Lauderdale Area

Message

- Atlantic International University
- Saint Petersburg State University
- See contact info
- 53 connections

Experienced Communication Specialist with a demonstrated history of working in the higher education industry. Strong media and communication professional graduated from Saint Petersburg State University.

It may not come as a complete surprise that Slastikhin is also involved in cryptocurrencies. He is the founder of ESR Wallet, an e-wallet company which in September 2017 announced a sale of ESR Tokens. A press release said: "ESR Wallet [was] founded by Sergey Slastikhin, former co-owner of Paytoo, an e-Money company that has been working in the USA since 2005. He joins forces with talents such as Oleg Gerasimov, Arkady Khokhlov and Vitalii Kirillov – founders of the IT company Fast and Shine featured on Forbes' Top TOP-25 of the best franchises." In fact, Fast and Shine is a mobile waterless car wash company.

One more of Slastikhin's ventures is beauty salon Fashion Point in Hallandale Beach, which has a website in English and Russian. Its master cosmetologist Michael Shevelev "was a leading brand manager of Dermalogica in Russia," the website says. Its nail master Vyacheslav Savidov "worked in the best beauty salons in Moscow, and later opened his own studio in a prestigious area near the Patriarch's Ponds in Moscow city. Among his clients were many famous Russian people including, Dima Bilan, Yana Churikova, Natasha Podolsky, Renata Litvinova," and several more.

The case of Slastikhin and other rich Russians with murky pasts who have ended up in Florida illustrates the tangled network of global corruption that Oliver Bullough describes in his new book, "Moneyland: Why Thieves and Crooks Now Rule the World and How to Take it Back". Elite criminals have come to believe that they live in a borderless world that is inaccessible to the rest of us. To try and rein this in we need a Robert Mueller in every US state and every country in Europe.

By Sarah Hurst (@XSovietNews), for StopFake

Report fake

RusLETTER   CATEGORIES   PERSONS   ORGANIZATIONS   ARCHIVE

## Sergey Slastikhin escaped from the "Roskosmos" to the USA

The TFR has been put on the international wanted list on charges of fraud of Sergey Slastikhin, the owner of a construction company - a large contractor of Roskosmos with a permit for state secrets. The investigation alleges that the businessman fled to the United States.

21.09.2018
RBC
Origin source

Like 0    Tweet    Share

To the USA with the FSB license

The Investigative Committee announced the international search of the owner of the construction company, the contractor for the Roskosmos facilities, OOO Engineering Systems, Sergey Slastikhin, who is charged with a large amount of fraud (Article 159, part 4 of the Criminal Code). This was stated by the representative of the TFR at a meeting of the Moscow Basmanny Court, which on Thursday, September 20, arrested Slastikhin in absentia.

"It is established that the accused is hiding outside the Russian Federation, currently in the United States," the investigator said at the meeting.

The interlocutor of RBC, who was familiar with the investigation, told that Slastikhin appears in several criminal cases related to the construction of Roskosmos, the damage that could amount to "hundreds of millions of rubles."

Now "Engineering systems" are in a state of bankruptcy. The official website of the company specified in the SPARK database is accessible only through the web.archive service. In its saved version, more than a dozen objects of the operator of Russian cosmodromes are listed among the projects of FSUE "Center for the Operation of Ground-Based Space Infrastructure Facilities" (CENSCI). In addition, a copy of the FSB license was retained for the admission of OOO "Engineering systems" to work with information containing state secrets and licenses of Roskosmos for work in the space industry.

Among the contracts of the "Engineering Systems" are the reconstruction and technical re-equipment of the facilities of the Krainyi aerodrome (Baikonur Cosmodrome), the reconstruction and technical re-equipment of the mechanical shop of the TsENKI branch - the Design Bureau of Transport and Chemical Engineering (CB TKhM), which, inter alia, provides warranty supervision of the systems and units operated on the serial objects of the Strategic Missile Forces, as well as the reconstruction of the administrative buildings of the Federal State Unitary Enterprise "Center" Zvezdny "" Roskosm wasp".

"Work with the companies Slastikhin was discontinued about three years ago. Before that, as a contractor, he participated in the work on the headquarters of Roskosmos on the Berezhkovskaya Embankment in Moscow and built administrative buildings on Baikonur, "said a source close to the state corporation RBC.

### SOCIETY
Rogozin Dmitry
Slastikhin Sergey
Roskosmos
Investigative Committee of Russia
Engineering systems



BE SMARTER THAN YOUR SOURCES

· Independent-News.info

### Related materials

Commission "Roskosmos" determined the cause of the accident at the "Union"
Officials | 22.10.2018

Top manager of RSC Energia Alexei Beloborodov fell into the hands of the guards of order
Officials | 19.08.2018

The former general director of the NGO named after Lavochkin, Sergey Lemeshevsky, went to jail
Officials | 27.07.2018

The general director of the NGO named after Lavochkin, Sergey

In the materials of the Arbitration Court of Moscow on the bankruptcy of the "Engineering Systems" with reference to the conclusions of the FTS audit, it is asserted that the businessman who was wanted was also in fact controlling the companies "GlobalStroy" and "Construction Strategy" who "performed the same type of construction work within the state contract on the facilities of FSUE TsENKI. They have the same legal address, the employees of OOO "Engineering systems" held executive positions in OOO GlobalStroy and OOO Strategy for Construction. The last two firms, as the court points out, "did not function as independent legal entities, but were controlled by the" Engineering Systems ". According to SPARK, all three companies have branches in the city of Baikonur at the address: Barmina Street, 8B.

Among the customers of GlobalStroy and the Construction Strategy are also the structures of Roskosmos, mainly CENKI, including the Center for the Elimination of Intercontinental Ballistic Missiles in the Nizhny Novgorod Region, which is part of it.

According to the decision of the Moscow Arbitration Court of July 23, 2018 in the case of the bankruptcy of LLC "Engineering Systems", Slastikhin was brought to subsidiary liability for his company's obligations amounting to 908 million rubles. Among these requirements, more than 200 million rubles are included, which they tried to collect from the "Engineering Systems" of CENSCI.

In the ruling of the arbitration court of July 23, it is stressed that the management of the company did not transfer accounting documentation to the bankruptcy administrator, as required by the procedure, because of which it was not possible to identify the debtor's assets, to check and challenge the transactions.

From the materials that Judge Yuliya Safina read at the meeting as Delistikhin was punished, it follows that the absentee accusation against the businessman was filed on August 7. The very next day he was declared a federal wanted list, and on September 11 - on an international one.

The lawyer of the accused Nail Andronikov objected to Slastikhin's arrest in absentia, because, according to the defense, his guilt is not sufficiently confirmed by the case materials. At the same time, he added that he can not now contact Slastikhin to find out his position on the case.

The lawyer refused to discuss the matter with RBC. In the press service of the Center for Strategic Research, RBC, they stated that they do not comment on the investigative actions at the enterprise.

Cleaning in "Roskosmos"

In May 2018 Dmitry Rogozin was appointed head of Roskosmos. In late June, he asked the Accounting Chamber to check the enterprises of the rocket and space industry. Prior to that, the head of the chamber, Alexei Kudrin, reported that in 2017 the Accounting Chamber had identified in the space industry financial violations amounting to 1,865 trillion rubles. and 40% of these violations (760 billion rubles.) fell on Roskosmos.

After the order of Rogozin, the checks took place at the RSC Energia, which is engaged in the development and production of Soyuz rockets and Progress space vehicles. In early July, this division of the state corporation was replaced by the head: Vladimir Solntsev, who worked as the general director of Energia

Officials | 25.07.2018

The leaders of the NGO named after Lavochkin are checked on the validity of payments to lawyers
Officials | 06.07.2018

The Soyuz-5 launch vehicle went up by 8.5 billion rubles
Business | 31.05.2018

Roskosmos will repair the scrapped Fonservisbank
Business | 15.05.2018

Penny chips for GLONASS led to multi-million dollar business
Crime | 06.04.2018

How "Roskosmos" did not give 80% of the planned payments to the budget
Business | 25.01.2018

Corporation S7 Space suffered a first setback
Business | 29.12.2017

Space-scale defects
Officials | 31.03.2017

Former head of Roskosmos invited to the Investigation Committee
Society | 13.08.2014

RusLETTER   CATEGORIES   PERSONS   ORGANIZATIONS   ARCHIVE

and NGO them. Lavochkin.

In May, RBC reported on the searches carried out by the CID in the apartments of the CENKI employees in the case of embezzlement of 7.6 million rubles. Two weeks after this, the post of the general director of the Center for Economic and Social Affairs left Rano Juraeva, who headed the center since May 2015.

At the end of July, law enforcement agencies conducted searches at the United Space Missile Corporation and the head scientific institute of Roskosmos TsNIIMash. Soon, within the framework of the case on state treason, a 74-year-old employee of the Central Research Institute of the Economy Viktor Kudryavtsev was arrested. As RBC wrote, he is charged with the transfer of secret information to the Von Karman Institute in Belgium, which, according to the FSB, is a "NATO structure".

Also in July on suspicion of fraud detained the head of the NGO them. Lavochkin Sergey Lemeshevsky and the company's lawyer Ekaterina Averyanova. According to investigators, they spent 330 million rubles. companies for legal services, although the company had full-time lawyers. Lemeshevsky explained his persecution by revenge on the part of Roskosmos.

In August, the court arrested deputy director of RSC Energia Alexei Beloborodov, who was accused of attempting to fraud for 31.6 million rubles. According to media reports, the case was opened after the general director of the counterparty company appealed to the FSB with a complaint that the employees of the RKK extorted from him the rollback. One of the two detained employees eventually gave testimony to Beloborodov.

Previous Article                                                                 Next article

Like 0        Tweet                                                              Share

About Project  •  |  •  Design by CeeVee|Messir



[FEDOR afloat]

## Russian Spacecraft Carrying Humanoid Robot Fails to Dock With Space Station

The FEDOR robot is on its way to the ISS for a planned two-week mission to support the crew and test its skills.

### We need your help now more than ever.

Independent media outlets and journalists in Russia are being increasingly targeted with "foreign agent" and "undesirable" labels, threatening the existence of the free press day by day.

Your donation to The Moscow Times directly supports the last independent English-language news source within Russia.

Contribute today   Maybe later



Sign up for our weekly newsletter

Your email   [Submit]

- The Moscow Times
    - About us
    - Jobs
    - Advertise with us
    - Podcasts
    - Videos
    - Galleries
    - Print Editions
- Follow us
    - 
- Media Partners
    - 
        - Barents Observer
        - Coda Story
        - Carnegie Moscow Center
        - BNI

© The Moscow Times, all rights reserved.



Trump's Coronavirus Relief

RIA NOVOSTI WEBSITE GROUP: EN.RIAN.RU | R-SPORT | MORE »

02/11/2021 00:14

Rus  Eng

Search

 

News   Top stories   Special Coverage   Trial & Litigation   Law & Legislation
Corruption & Bribery   Multimedia   About us

## NEWS

Print this

### CEO of Roscosmos contractor arrested in absentia on embezzlement charges



© RIA Novosti, Maksim Bogodvid

**CONTEXT**

Detention extended for Russian lawyer involved in Roscosmos embezzlement case

Moscow court upholds detention of Russian lawyer in Roscosmos embezzlement case

Scientific union head's detention in Roscosmos embezzlement case overturned

Tags: Pre-trial detention, Embezzlement, Roscosmos, Moscow, Russia

11:05 21/09/2018

**MOSCOW, September 21 (RAPSI)** – Moscow's Basmanny District Court has issued an arrest warrant for Sergey Slastikhin, the owner of Engineering Systems company, a contractor of Roscosmos state space corporation, in absentia as part of an embezzlement case, the court's spokesperson Yunona Tsareva has told RAPSI.

Currently, Slastikhin is on the international wanted list. Under the court order, he is to be put in detention for two months immediately after his extradition or arrest in Russia.

The businessman, who has allegedly fled to the U.S., is charged with embezzlement. He could face up to 10 years in prison if convicted.

Reportedly, Slastikhin is a defendant in several criminal cases connected with constructions of the space corporation.

**MOST POPULAR**

Russian Economy Minister Ulyukayev charged with bribery

IKEA's slippery slope in Russia

Russian antimonopoly watchdog probes Microsoft upon complaint from Kaspersky

Russian communications regulator starts blocking LinkedIn

**TOP MULTIMEDIA**

 Photo: The Navalny brothers sentenced in Yves Rocher case

 Photo: 2012 Bolotnaya protesters found guilty

 Photo: Bolshoi soloist Dmitrichenko on trial for acid attack

 Infographics: What changes lie in store for non-profit organizations

Share   Recommend   Sign Up to see what your friends recommend.
Tweet

Share this | E-mail this article | submit news | Add to blog | rss feed

## TOP NEWS

### HIV and tuberculosis patients not to be kept in detention centers – Russian Justice Ministry

 17:47 26/10/2021 The Russian Ministry of Justice has developed a new list of serious diseases that prevent the detention of suspects and those accused of committing crimes.

### Pussy Riot member's sentence in sanitary breach case upheld

13:29 26/10/2021 The Moscow City Court on Tuesday upheld sentence given to Pussy Riot member Maria Alyokhina in a case over abetting violation of sanitary rules at an unauthorized rally held in Moscow in winter.

# The ☘ Moscow Time
## INDEPENDENT NEWS FROM RUS

Support The Moscow Times!
Contribute today

# The ☘ Moscow Time
## INDEPENDENT NEWS FROM RUS

- News
- Opinion
- Business
- Meanwhile
- Climate
- Arts and Life
- Videos
- Podcasts
- In-Depth

Support The Moscow Times!
Contribute today

## Russia Launches International Manhunt for Space Contractor Reportedly Hiding in U.S.

Sep. 21, 2018





Roscosmos

Russian investigators have launched an international manhunt for the head of a bankrupt construction company contracted by the country's space agency who is accused of large-scale fraud and is believed to be hiding abroad.

Sergei Slastikhin, the head of Inzherniye Sistemy, was charged with fraud on Aug. 7 and placed on an international wanted list on Sept. 11, a Moscow judge said Thursday. His company held contracts for several Roscosmos Federal Space Agency sites and he reportedly had access to state secrets.

news

### Russia's FSB Launches Raids Over Suspected Missile Tech Leak to West

Read more

Slastikhin has been arrested in absentia on suspicion of large-scale fraud, the RBC news website cited investigators as saying in court on Thursday.

"It's been established that the defendant is hiding outside Russia and is currently in the U.S.," the unnamed investigator told the Moscow court.

An unidentified source familiar with the investigation estimated damages from the suspected fraud at "hundreds of millions of rubles" to RBC.

Over the past year, federal auditors have uncovered billions of misspent funds in the Russian space industry.

Investigators have carried out a series of raids on suspicions of fraud and the leaking of secret hypersonic missile technology to the West.

Sign up for our free weekly newsletter covering New

The best of The Moscow Times, delivered to yo



Trump's Coronavirus Relief

Read more about: Space , Roscosmos



blasting off

### New Crew Reaches ISS in Record Time

The mission was of immense importance to Russia, coming as SpaceX relaunches manned spaceflight from the U.S.



Space race

### Russia Plans Reusable Rocket to Compete With Elon Musk by 2024 – RBC

Roscosmos previously brushed off Musk's successful Falcon Heavy launch toward Mars as "a nice trick."



One small step for FEDOR

### Russia's Humanoid Robot Says It Wants to Build Robot Colonies In Space

The life-size robot tweeted his vision just weeks after visiting the ISS.

