CIVIL NO. _____ (___); *MCDP Phoenix Services PTE LTD., v. First Finance Internatioal Bank, Inc. et al.*
COMPLAINT - RICO - EXHIBIT 6

# EXHIBIT 6

### SOME BANKS AND FINANCIAL INSTITUTIONS USED BY THE DEFENDANTS

**Banco Santander de Puerto Rico**
ATTN: Mr. Juan A. Díaz Paoli,
Manager/Insurance Agent
Ponce de León Branch
207 Ave. Ponce de León
San Juan, Puerto Rico 00917

**Bank Leumi Le Israel, B.M.**
Pardes Chana Branch
19 HADKALIM, Pardes Channa, Israel
re:  re:  Account No. 3795295

**Evolve Bank & Trust**
6070 Poplar Ave, Suite 100
Memphis, TN 38119

**Oakley Capital**
www.oakleycapital.com

**PMI Americas**
www.pmi-americas.com

**Probitas Fidelis Limited**
www.probitas-europe.com

**Accendo Banco (Mexico)**
Address unknown

**Banco Ahorro Famsa, SA (Mexico)**
Address unknown

**Servicios Estrategicos en Tecnologias de Informacion S. De R.I. de C.V. ("Feenicia")**
Address Unknown
(Docket No. 40, page 7)

**Activo International Bank**
Address Unknown

**BB&T, Miami Branch**
Address Unknown

**Grove Bank, Miami**
Address Unknown

**Secured Party Bancservices International LLC**
115 North Maine Street
Charleston, MO 63834
egutierrez@rcpsc.com

**PowerUp Lending Group, Ltd.**
Great Neck, NY
c/o Bernard Feldman, Esquire
(516) 498-2900

**Harriman Capital Group, Inc.**
Address Unknown

**Harrriman, Adams & Kennedy Capital Group, Inc.**
Address Unknown