

**ORDERED in the Southern District of Florida on September 24, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
```

| | |
|---|---|
| In re | CASE NO. 21-15508-RAM |
| SERGEY VLADIMIROVICH SLASTIKIHIN, | CHAPTER 13 |
| Debtor. | |

### ORDER GRANTING MOTION TO DISMISS

The Court conducted a hearing on September 23, 2021, on Shemuel Maya's Motion to Dismiss Chapter 13 Case (the "Motion to Dismiss") [DE #54]. Having considered the record in this case, including the Joinders in the Motion to Dismiss [DE #63, 76], the Affidavit of Ekaterina S. Zakharova [DE #79], and the Debtor's Response to the Motion to Dismiss [DE #135], having considered the arguments of counsel at the September 23rd hearing, and for the reasons stated

on the record at the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. The Motion is granted as set forth below.

2. This case is dismissed with one-year prejudice to the Debtor filing a petition for relief under any chapter of the Bankruptcy Code.

3. The Debtor may move for reconsideration of this Order or for relief from the prejudice period imposed by this Order. However, if such a motion is filed, the Debtor must attach to his motion (i) a pro forma set of complete and accurate bankruptcy Schedules and Statement of Financial Affairs and (ii) either a pro forma chapter 11 plan of reorganization or a description of a plan structure that the Debtor and Debtor's counsel believe would lead to confirmation of a good faith, feasible plan.

###

COPIES FURNISHED TO:
Geoffrey S. Aaronson, Esq.
Steven L. Beiley, Esq.
Marc E. Brandes, Esq.
Bertis A. Echols, Esq.
Gerard M. Kouri Jr., Esq.
Nancy K. Neidich, Chapter 13 Trustee
UST
Zach B. Shelomith, Esq.
Gavin T. Stewart, Esq.
Chad T. Van Horn, Esq.

**(Debtor's counsel is directed to serve a copy of this Order on all interested parties, including all creditors and all parties to pending litigation, and to file a certificate of service)**