# RE: Good afternoon Michael

From: **c.ravier@ffibi.com** I c.ravier@ffibi.com  Monday, May 4, 2020, 2:20 PM

To: **Michael Carbonara** I m.carbonara@phoenixam.net

What do u think? I think he wants to do this because he hopes (with reason) thay the peso will go up and if it does and we have to buy it with $ we will lose our shirts..

That would be fine if we kept the pesos… but….we know we cant… Sowhat do we do ?

> From: **Michael Carbonara** I m.carbonara@phoenixam.net  To: **c.ravier@ffibi.com**  Saturday, May 2, 2020, 11:58 AM
>
> The Pesos are currently on deposit with you. You can hold pesos in cd as collateral.
>
> I will hold the risk of any fluctuations. 370k LTV against 510k is about 72%.
>
> I have an additional 22m+ pesos coming into FFIBI in the next 2 weeks, followed by 27m+ pesos in June.
>
> With that in mind, I would like to continue setting up additional peso CDs and subsequent USD loan after these additional funds are received.
>
> So again, FFIBI holds pesos cd as collateral for duration of the usd loan. I will hold the exchange rate risk.
>
> Let me know how to proceed and next steps.
>
> Sent from my iPhone
>
> > From: **c.ravier@ffibi.com**  Thursday, Apr 30, 2020, 7:10 PM
> >
> > So roughly: it is a CD of 12,$M MXN which equals 510K$ at today s rate of exchange and a loan of 370K$ who covers the risk exchange?
> >
> > The average rate in the past 3 years was around .50 it is now around.40…so the question is where is it going? And who takes the risk?
> >
> > If we keep the pesos we have NO risks because we are covered. The problem is we do need to do some exchange because we do not have the deposits in Pesos so we have to convert to make the loan… so ? we take a contract? At 12 months and pay the premium if we go wrong we loose the premium if we go right we make money… but who knows in this crazy economy… I think with near shoring, the demand for Mexican goods will increase but they can t ramp up so fast to replace China quickly… long term it would be a good bet

to think the pesos would climb……

From: **Michael Carbonara** | m.carbonara@phoenixam.net To: **c.ravier@ffibi.com** Thursday, Apr 30, 2020, 6:17 PM

12 month CD for 12,349,780 MXN (Mexican peso)

Loan amount for 370,000 USD for 12 months

Sent from my iPhone

From: **c.ravier@ffibi.com** Thursday, Apr 30, 2020, 11:42 AM

Yes it depends the amount of both (CD and Loan) . Pls revert and I will be able to quote you

From: **Michael Carbonara** | m.carbonara@phoenixam.net To: **c.ravier@ffibi.com** Thursday, Apr 30, 2020, 10:29 AM

Good morning.

Can you provide me the terms for 12 month cd/12 month loan?

Sent from my iPhone

From: **c.ravier@ffibi.com** Wednesday, Apr 29, 2020, 4:47 PM

Ooops I m sorry I also need to know the terms of the loan you are seeking so I can draft a loan contract

From: **Michel Poignant** | m.poignant@ffibi.com To: **Michael Carbonara** | m.carbonara@phoenixam.net Wednesday, Apr 29, 2020, 4:40 PM

Hello Michael

Claude will send you the CD form and our standard loan document

Hope you are safe

regards

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916

e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** I m.carbonara@phoenixam.net Wednesday, Apr 29, 2020, 12:34 PM

Hi Michel,

Do you have any updates?

If possible I'd like to setup the peso cd and usd loan this week for the pesos on hand in the account followed by a 2nd cd and loan mid May.

Sent from my iPhone

From: **Michel Poignant FFIBI** I m.poignant@ffibi.com Wednesday, Apr 22, 2020, 2:47 PM

Let me ask to the operation, coming back to you

<PastedGraphic-1.tiff>

Michel Poignant
p:
(+1) (787) 559 4123
e:
m.poignant@ffibi.com
w:
firstfinancebank.com
ski: mpoignant

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is

strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Wednesday, Apr 22, 2020, 1:51 PM

I'm expecting about 23m peso 2nd week of May and then 28.5m peso in June.

We can do this as 3 separate fixed deposits or do you suggest we wait until the other settlements come in?

<PastedGraphic-1.tiff>

From: **Michel Poignant FFIBI** | m.poignant@ffibi.com Wednesday, Apr 22, 2020, 1:35 PM

YEP

sorry

working with the legal, you will have it shortly

do you have the 50 M coming? what will be the amount in USD that you will need?

<PastedGraphic-1.tiff>

Michel Poignant
p:
(+1) (787) 559 4123
e:
m.poignant@ffibi.com
w:
firstfinancebank.com
ski: mpoignant

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Wednesday, Apr 22, 2020, 12:58 PM

Hi Michel,

Could you please send me the terms and necessary documents for

1. Fixed deposit/CD for pesos
2. USD loan against pesos instrument as collateral

Michael

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com                    Thursday, Apr 16, 2020, 4:24 PM

thank you

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net              Thursday, Apr 16, 2020, 3:58 PM

Hi Michel,

The confirmation is attached.

<mxn confirmation .pdf>

From: **Michel Poignant** I m.poignant@ffibi.com Thursday, Apr 16, 2020, 2:48 PM

Can you send us the Wire copy for our record ( sender information )

thank you, so we can post the deposit

Regards

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

# Re: Michael Carbonara KYC

From: **Michel Poignant** I m.poignant@ffibi.com Tuesday, Apr 14, 2020, 2:09 PM

To: **Michael Carbonara** I m.carbonara@phoenixam.net

we put the MX on a future so we are sure that we cannot go under and lose money, and we loan you the USD

it's technically no cost as we give you a % for the CD who cover the loan cost

you keep the asset with no FX risk and you get the Loan cover by the collateral

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

> From: **Michael Carbonara** I m.carbonara@phoenixam.net Tuesday, Apr 14, 2020, 2:04 PM
>
> I'll give you a call later today or latest tomorrow. I have about 50MM more peso over the next 2-3 months.
>
> Is it possible to do a MXN CD and get a short term 6-12 months USD loan against a cd as collateral?
>
>> From: **Michel Poignant** I m.poignant@ffibi.com Tuesday, Apr 14, 2020, 1:44 PM
>>
>> perfect
>>
>> the wire will be posted tomorrow morning on your account
>>
>> do you want to keep it in CD for 3 months? we can offer you 1.95% for 3 month
>>
>> MP
>>
>> Michel Poignant
>> p: (+1) (787) 559 4123

f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net                          Tuesday, Apr 14, 2020, 1:18 PM

Yes. I've attached the wire confirmation

<MXN confirmation .pdf>

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com                          Tuesday, Apr 14, 2020, 12:59 PM

Good morning

I have around 13 Million Mex announced

it's you ?

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net                          Friday, Apr 10, 2020, 2:06 PM

Mostly US and some Europe.

We will be register as a payfac in Europe around May 1. And we have us bin sponsorship going live in September.

We've also now launched our Singapore and Canada licenses as well.

But we have many clients and not enough space to board at the moment.

Can I call you later this afternoon?

Sent from my iPhone

From: **Michel Poignant** I m.poignant@ffibi.com Thursday, Apr 9, 2020, 10:20 PM

to process which industry?

US clients?

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** I m.carbonara@phoenixam.net Thursday, Apr 9, 2020, 5:04 PM

Great. If you have mids available also please let me know.

Sent from my iPhone

From: **Michel Poignant** I m.poignant@ffibi.com Thursday, Apr 9, 2020, 4:57 PM

OK

we dont have limitation

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Thursday, Apr 9, 2020, 4:48 PM

No. I heard of them. I'll send you sender name. The sending bank is intercam.

We were doing 20m per month with famsa last year.

We're looking for more solutions now.

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com Thursday, Apr 9, 2020, 4:36 PM

it's coming from Pharros Payment?

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Thursday, Apr 9, 2020, 3:33 PM

Can you tell me who the account holder is? I'm sure you know how bureaucratic mexico is. I

need to inform the sender and their accounting team who they are actually sending money to.

What company is this?: CAP VENTURE HC MEXICO SA DE CV

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com          Thursday, Apr 9, 2020, 2:48 PM

User is MCarbonara

i just reset your password

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net          Thursday, Apr 9, 2020, 2:29 PM

Hi Michel,

I'm having trouble signing in. I tried resetting my password but the temporary password will not work either. And the support bottom in the email body won't work.

Could you help me or put me in touch with someone on your side to fix this?

My username is MCarbonara

Thank you

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com          Thursday, Apr 9, 2020, 11:11 AM

Hello Michael

here are the Banking instruction for the deposit, which will be transferred then to Santender Portugal and keep on hold until further instruction to be exchanged in USD or euro or whatever currencies you want by Probitas / Santender

thank you

CAP VENTURE HC MEXICO SA DE CV
RFC: CVH141218AP5
Address Av. Bonampak Mz 1 lote 1, SM 6, Nivel 11, CP 77500 Cancún, Quintana Roo
BANK: BBVA
Account Number: 0110636215
CLABE: 012180001106362151
Bank Address:
SUCURSAL : 1714 CENTRO PYME MIGUEL LOMAS
DIRECCION: AV. INSURGENTES SUR 535 COL. HIPODROMO
CONDESA MEX DF
PLAZA: CIUDAD DE MEXICO
Reference FFIBI ( your Account number )

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** I m.carbonara@phoenixam.net Thursday, Apr 9, 2020, 8:16 AM

Good morning Michel.

I haven't received the details from Luis yet. Could you provide them today so I can forward to the sending party?

Thank you

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com          Wednesday, Apr 8, 2020, 11:45 AM

I will ask Luis to send them to you latter today

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net          Wednesday, Apr 8, 2020, 11:45 AM

Perfect. Thank you. Please let me know when it's ready and provide wire instructions. Do you think it'll be ready by end of this week?

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com          Wednesday, Apr 8, 2020, 11:12 AM

Hello

Yes off course, we do have now our own account at Santander, and we do have multi currencies, i will give you the MEX account, so you can do the transfer and keep them here, and do the transfer to USD automatically when you need it

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com

w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Apr 7, 2020, 11:15 PM

Hi Michel,

Can you accept Mexican peso (MXN) currency?

I have 15.9 MM MXN settling next week. However the MXN USD rate has dropped significantly.

So I'm looking for an MXN account to hold funds for several weeks to a few months and incrementally convert to USD. I know Harris bank does support the peso so I thought of you.

Michael

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com Monday, Nov 25, 2019, 8:02 PM

Thank you Michael

The account is approved and you will receive your access tomorrow morning

Thank you

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the

individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Monday, Nov 25, 2019, 1:15 AM

My passport and utility bill are attached

Sent from my iPhone

<Proof of Address_Michael Carbonara_Notarized.pdf>
<Passport_Michael Carbonara.pdf>

From: **Michael Carbonara** | mcarbonara11@gmail.com To: **Michael Carbonara** | m.carbonara@phoenixam.net Monday, Nov 25, 2019, 12:56 AM



Michael Carbonara <mcarbonara11@gmail.com>

## Michael Carbonara KYC

**Michael Carbonara** <m.carbonara@phoenixam.net>
To: Michael Carbonara <mcarbonara11@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Michel Poignant <m.poignant@ffibi.com>
**Date:** April 14, 2020 at 2:09:07 PM EDT
**Subject: Re: Michael Carbonara KYC**

we put the MX on a future so we are sure that we cannot go under and lose money, and we loan you the USD

it's technically no cost as we give you a % for the CD who cover the loan cost

you keep the asset with no FX risk and you get the Loan cover by the collateral

On Apr 14, 2020, at 2:04 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

I'll give you a call later today or latest tomorrow. I have about 50MM more peso over the next 2-3 months.

Is it possible to do a MXN CD and get a short term 6-12 months USD loan against a cd as collateral?

On Apr 14, 2020, at 1:44 PM, Michel Poignant <m.poignant@ffibi.com> wrote:

perfect

the wire will be posted tomorrow morning on your account

do you want to keep it in CD for 3 months? we can offer you 1.95% for 3 month

MP

On Apr 14, 2020, at 1:18 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Yes. I've attached the wire confirmation

<MXN confirmation .pdf>

Sent from my iPhone

On Apr 14, 2020, at 12:59 PM, Michel Poignant <m.poignant@ffibi.com> wrote:

Good morning

I have around 13 Million Mex announced

it's you ?

MP

On Apr 10, 2020, at 2:06 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Mostly US and some Europe.

We will be register as a payfac in Europe around May 1. And we have us bin sponsorship going live in September.

We've also now launched our Singapore and Canada licenses as well.

But we have many clients and not enough space to board at the moment.

Can I call you later this afternoon?

Sent from my iPhone

On Apr 9, 2020, at 10:20 PM, Michel Poignant <m.poignant@ffibi.com> wrote:

to process which industry?

US clients?

On Apr 9, 2020, at 5:04 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Great. If you have mids available also please let me know.

Sent from my iPhone

> On Apr 9, 2020, at 4:57 PM, Michel Poignant <m.poignant@ffibi.com> wrote:
>
> OK
>
> we dont have limitation
>
>> On Apr 9, 2020, at 4:48 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>
>> No. I heard of them. I'll send you sender name. The sending bank is intercam.
>>
>> We were doing 20m per month with famsa last year.
>>
>> We're looking for more solutions now.
>>
>> Sent from my iPhone
>>
>>> On Apr 9, 2020, at 4:36 PM, Michel Poignant <m.poignant@ffibi.com> wrote:
>>>
>>> it's coming from Pharros Payment?
>>>
>>>> On Apr 9, 2020, at 3:33 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>>>
>>>> Can you tell me who the account holder is? I'm sure you know how bureaucratic mexico is. I need to inform to.
>>>>
>>>> What company is this?: CAP VENTURE HC MEXICO SA DE CV
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Apr 9, 2020, at 2:48 PM, Michel Poignant <m.poignant@ffibi.com> wrote:
>>>>>
>>>>> User is MCarbonara
>>>>>
>>>>> i just reset your password
>>>>>
>>>>>> On Apr 9, 2020, at 2:29 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>>>>>
>>>>>> Hi Michel,
>>>>>>
>>>>>> I'm having trouble signing in. I tried resetting my password but the temporary password will no work.
>>>>>>
>>>>>> Could you help me or put me in touch with someone on your side to fix this?
>>>>>>
>>>>>> My username is MCarbonara
>>>>>>
>>>>>> Thank you
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Apr 9, 2020, at 11:11 AM, Michel Poignant <m.poignant@ffibi.com> wrote:
>>>>>>>
>>>>>>> Hello Michael
>>>>>>>
>>>>>>> here are the Banking instruction for the deposit, which will be transferred then to Santer be exchanged in USD or euro or whatever currencies you want by Probitas / Santender
>>>>>>>
>>>>>>> thank you
>>>>>>>
>>>>>>> CAP VENTURE HC MEXICO SA DE CV
>>>>>>> RFC: CVH141218AP5
>>>>>>> Address Av. Bonampak Mz 1 lote 1, SM 6, Nivel 11, CP 77500 Cancún, Quintana Roo
>>>>>>> BANK: BBVA
>>>>>>> Account Number: 0110636215
>>>>>>> CLABE: 012180001106362151
>>>>>>> Bank Address:
>>>>>>> SUCURSAL : 1714 CENTRO PYME MIGUEL LOMAS
>>>>>>> DIRECCION: AV. INSURGENTES SUR 535 COL. HIPODROMO
>>>>>>> CONDESA MEX DF
>>>>>>> PLAZA: CIUDAD DE MEXICO
>>>>>>> Reference FFIBI ( your Account number )
>>>>>>>
>>>>>>>> On Apr 9, 2020, at 8:16 AM, Michael Carbonara <m.carbonara@phoenixam.net

Good morning Michel.

I haven't received the details from Luis yet. Could you provide them today so I ca

Thank you

Sent from my iPhone

On Apr 8, 2020, at 11:45 AM, Michel Poignant <m.poignant@ffibi.com> w

I will ask Luis to send them to you latter today

MP

On Apr 8, 2020, at 11:45 AM, Michael Carbonara <m.carbonara@

Perfect. Thank you. Please let me know when it's ready and provid be ready by end of this week?

Sent from my iPhone

On Apr 8, 2020, at 11:12 AM, Michel Poignant <m.poignant

Hello

Yes off course, we do have now our own account at Santan currencies, i will give you the MEX account, so you can do here, and do the transfer to USD automatically when you n

MP

On Apr 7, 2020, at 11:15 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Hi Michel,

Can you accept Mexican peso (MXN) currency?

I have 15.9 MM MXN settling next week. However th dropped significantly.

So I'm looking for an MXN account to hold funds for few months and incrementally convert to USD. I kno support the peso so I thought of you.

Michael

Sent from my iPhone

On Nov 25, 2019, at 8:02 PM, Michel Poignan <m.poignant@ffibi.com> wrote:

Thank you Michael

The account is approved and you will receive tomorrow morning

Thank you

MP

On Nov 25, 2019, at 1:15 AM, Michael Carbonara <m.carbonara@phoenixam wrote:

My passport and utility bill are attache

Sent from my iPhone

Begin forwarded message:

**From:** Michael Carbonara <mcarbonara11@gmail.com>
**Date:** November 25, 2019 at 12:12:56 AM EST
**To:** Michael Carbonara <m.carbonara@phoenixam.net
**Subject: Michael Carbonara KYC**

<Proof of Address_Michael Carbonara_Notarized.pdf>

<Passport_Michael Carbonara.pdf>

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contai information intended only for the use of th or entity named above. If the reader of this the intended recipient or the employee or agent responsible for delivering it to the in recipient, any dissemination, publication o this e-mail is strictly prohibited. The sende not accept any responsibility for any loss, damage to your data or computer system may occur while using data contained in, c with, this e-mail. If you have received this in error, please immediately notify us by re

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains informatic of the individual or entity named above. If the reader of intended recipient or the employee or agent responsibl the intended recipient, any dissemination, publication o strictly prohibited. The sender does not accept any resp disruption or damage to your data or computer system data contained in, or transmitted with, this e-mail. If you in error, please immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended o named above. If the reader of this e-mail is not the intended recipier for delivering it to the intended recipient, any dissemination, publicat strictly prohibited. The sender does not accept any responsibility for your data or computer system that may occur while using data conta mail. If you have received this e-mail in error, please immediately no

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the us reader of this e-mail is not the intended recipient or the employee or agent respo any dissemination, publication or copying of this e-mail is strictly prohibited. The s any loss, disruption or damage to your data or computer system that may occur v e-mail. If you have received this e-mail in error, please immediately notify us by r

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the indivi
intended recipient or the employee or agent responsible for delivering it to the intended recipie
strictly prohibited. The sender does not accept any responsibility for any loss, disruption or da
data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, plea

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity
employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or c
responsibility for any loss, disruption or damage to your data or computer system that may occur while usin
e-mail in error, please immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named abov
agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is str
damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. I

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the read
the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any r
using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by retur

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-m
any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption
mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

Michel Poignant

p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended reci
strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contai

 **Michael Carbonara <mcarbonara11@gmail.com>**

---

## Fwd: New Account_MCDP Phoenix Services Pte Ltd

1 message

---

**Michael Carbonara** <m.carbonara@phoenixam.net> Sun, Aug 30, 2020 at 5:32 PM
To: Michael Carbonara <mcarbonara11@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Michel Poignant <m.poignant@ffibi.com>
> **Date:** April 15, 2020 at 8:42:31 PM EDT
> **Subject: Re: New Account_MCDP Phoenix Services Pte Ltd**
>
> incoming wire will be posted tomorrow, then i will call you and see how we do that
>
> > On Apr 15, 2020, at 8:40 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
> >
> > Hi Michel,
> >
> > The account is setup and I logged in today. Thank you
> >
> > Could you please let me know about terms for the CD and USD loan against that collateral?
> >
> > The peso deposit and following CD should be under the new account mcdp Phoenix services.
> >
> > Thank you
> >
> > Michael
> >
> > Sent from my iPhone
> >
> > > On Apr 14, 2020, at 2:41 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>
> Michel Poignant
> p:
> (+1) (787) 559 4123
> f:
> (+1) (787) 478 8916
> e:
> m.poignant@ffibi.com
> w:

firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

# Re: FFIBI, Corporate Account Forms

From: **Michael Carbonara** | m.carbonara@phoenixam.net Wednesday, Apr 15, 2020, 11:18 AM

To: **FFIBI** | l.lopez@ffibi.com

The TIN for the company is same as the company registration number found on the Extract document: 201714608G

I inserted my personal TIN on the w-8ben irs form which is 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.

Michael

Sent from my iPhone

> From: **FFIBI** | l.lopez@ffibi.com Wednesday, Apr 15, 2020, 10:22 AM
>
> Thank you Michael, the only thing we are missing for now is your foreign tax id or TIN number
> <clip_image001.png>
>
> First Finance International Bank
>
> Luis A Lopez
> Senior Operations Manager
> e: L.Lopez@ffibi.com
> w: firstfinancebank.com
>
> Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you!
>
> > From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Apr 14, 2020, 5:46 PM
> >
> > Hi Luis,
> >
> > Please find attached requested forms. Let me know if you need anything else.

Michael

<clip_image001.png><corp. account questionnaire_mcdp.pdf><ffibi_mcdp requested forms.pdf><w-8 bene.pdf>

Sent from my iPhone

From: **FFIBI** l l.lopez@ffibi.com Tuesday, Apr 14, 2020, 4:58 PM

Hello Michael,

Thank yo for applying for an account at FFIBI,

The forms below have been completed with the information from the documents you provided, these are the signature pages please sign them and return them to me, in the Source of funds form please select a source of funds from the list, if not describe it in other.
We will also be needing the following documents and/or information from you.

TIN or Foreign Tax ID Number

Forms:

<clip_image001.png>

First Finance International Bank

Luis A Lopez
Senior Operations Manager
e: L.Lopez@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you!

<Corporate Client Package copy.pdf>
<Corporate Resolution Template.pdf>
<FFIBI Certification of Beneficial Owners Form .pdf>

> > > <Source of Funds Corporate.pdf>
> > >
> > > <W-8 BenE.pdf>
> > >
> > > <Corp. Account Questionnaire.pdf>

---

 **Michael Carbonara <mcarbonara11@gmail.com>**

## Fwd: Good afternoon Michael

**Michael Carbonara** <m.carbonara@phoenixam.net> Sun, Aug 30, 2020 at 5:31 PM
To: Michael Carbonara <mcarbonara11@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Michel Poignant <m.poignant@ffibi.com>
**Date:** April 29, 2020 at 4:39:52 PM EDT
**Subject: Re: Good afternoon Michael**

Hello Michael

Claude will send you the CD form and our standard loan document

Hope you are safe

regards

MP

On Apr 29, 2020, at 12:34 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Hi Michel,

Do you have any updates?

If possible I'd like to setup the peso cd and usd loan this week for the pesos on hand in the account followed by a 2nd cd and loan mid May.

Sent from my iPhone

On Apr 22, 2020, at 2:47 PM, Michel Poignant FFIBI <m.poignant@ffibi.com> wrote:

Let me ask to the operation, coming back to you

<PastedGraphic-1.tiff>

Michel Poignant
p:
(+1) (787) 559 4123
e:
m.poignant@ffibi.com
w:
firstfinancebank.com
ski: mpoignant

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

On Apr 22, 2020, at 1:51 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

I'm expecting about 23m peso 2nd week of May and then 28.5m peso in June.

We can do this as 3 separate fixed deposits or do you suggest we wait until the other settlements come in?

On Apr 22, 2020, at 1:35 PM, Michel Poignant FFIBI <m.poignant@ffibi.com> wrote:

YEP

sorry

working with the legal, you will have it shortly

do you have the 50 M coming? what will be the amount in USD that you will need?

<PastedGraphic-1.tiff>

Michel Poignant
p:
(+1) (787) 559 4123
e:
m.poignant@ffibi.com
w:
firstfinancebank.com
ski: mpoignant

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

> On Apr 22, 2020, at 12:58 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>
> Hi Michel,
>
> Could you please send me the terms and necessary documents for
>
> 1. Fixed deposit/CD for pesos
> 2. USD loan against pesos instrument as collateral
>
> Michael
>
> Sent from my iPhone
>
>> On Apr 16, 2020, at 4:24 PM, Michel Poignant <m.poignant@ffibi.com> wrote:
>>
>> thank you
>>
>>> On Apr 16, 2020, at 3:58 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>>
>>> Hi Michel,
>>>
>>> The confirmation is attached.
>>>
>>> <mxn confirmation .pdf>

On Apr 16, 2020, at
2:48 PM, Michel
Poignant
<m.poignant@ffibi.com>
wrote:

 Can you send us the
Wire copy for our record
( sender information )

thank you, so we can
post the deposit

Regards

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality
Warning: This e-mail
contains information
intended only for the
use of the individual
or entity named
above. If the reader of
this e-mail is not the
intended recipient or
the employee or
agent responsible for
delivering it to
the intended recipient,
any dissemination,
publication or copying
of this e-mail is
strictly prohibited. The
sender does
not accept any
responsibility for
any loss, disruption or
damage to your data
or computer system
that may occur while
using data
contained in, or
transmitted with, this
e-mail. If you have
received this e-mail
in error, please
immediately notify
us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains
information intended only for the use of the

individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

<PastedGraphic-1.tiff>

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

 Michael Carbonara <mcarbonara11@gmail.com>

## Fwd: Good afternoon Michael

**Michael Carbonara** <m.carbonara@phoenixam.net> Sun, Aug 30, 2020 at 5:41 PM
To: Michael Carbonara <mcarbonara11@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** "c.ravier@ffibi.com" <c.ravier@ffibi.com>
**Date:** May 4, 2020 at 2:20:29 PM EDT
**Subject: RE: Good afternoon Michael**

What do u think? I think he wants to do this because he hopes (with reason) thay the peso will go up and if it does and we have to buy it with $ we will lose our shirts..

That would be fine if we kept the pesos… but….we know we cant… Sowhat do we do ?

---

**From:** Michael Carbonara <m.carbonara@phoenixam.net>
**Sent:** Saturday, May 2, 2020 11:58 AM
**To:** c.ravier@ffibi.com
**Subject:** Re: Good afternoon Michael

The Pesos are currently on deposit with you. You can hold pesos in cd as collateral.

I will hold the risk of any fluctuations. 370k LTV against 510k is about 72%.

I have an additional 22m+ pesos coming into FFIBI in the next 2 weeks, followed by 27m+ pesos in June.

With that in mind, I would like to continue setting up additional peso CDs and subsequent USD loan after these additional funds are received.

So again, FFIBI holds pesos cd as collateral for duration of the usd loan. I will hold the exchange rate risk.

Let me know how to proceed and next steps.

Sent from my iPhone

On Apr 30, 2020, at 7:10 PM, "c.ravier@ffibi.com" <c.ravier@ffibi.com> wrote:

So roughly: it is a CD of 12,$M MXN which equals 510K$ at today s rate of exchange and a loan of 370K$ who covers the risk exchange?

The average rate in the past 3 years was around .50 it is now around.40…so the question is where is it going? And who takes the risk?

If we keep the pesos we have NO risks because we are covered. The problem is we do need to do some exchange because we do not have the deposits in Pesos so we have to convert to make the loan… so ? we take a contract? At 12 months and pay the premium if we go wrong we loose the premium if we go right we make money… but who knows in this crazy economy… I think with near shoring, the demand for Mexican goods will increase but they can t ramp up so fast to replace China quickly… long term it would be a good bet to think the pesos would climb……

---

**From:** Michael Carbonara <m.carbonara@phoenixam.net>
**Sent:** Thursday, April 30, 2020 6:17 PM
**To:** c.ravier@ffibi.com
**Subject:** Re: Good afternoon Michael

12 month CD for 12,349,780 MXN (Mexican peso)

Loan amount for 370,000 USD for 12 months

Sent from my iPhone

On Apr 30, 2020, at 11:42 AM, "c.ravier@ffibi.com" <c.ravier@ffibi.com> wrote:

Yes it depends the amount of both (CD and Loan) . Pls revert and I will be able to quote you

---

**From:** Michael Carbonara <m.carbonara@phoenixam.net>
**Sent:** Thursday, April 30, 2020 10:29 AM
**To:** c.ravier@ffibi.com
**Cc:** Michel Poignant <m.poignant@ffibi.com>
**Subject:** Re: Good afternoon Michael

Good morning.

Can you provide me the terms for 12 month cd/12 month loan?

Sent from my iPhone

On Apr 29, 2020, at 4:47 PM, "c.ravier@ffibi.com" <c.ravier@ffibi.com> wrote:

Ooops I m sorry I also need to know the terms of the loan you are seeking so I can draft a loan contract

[Quoted text hidden]

# Re: MCDP PHOENIX SERVICES PTE LTD

From: **Michael Carbonara** | m.carbonara@phoenixam.net Monday, Jun 1, 2020, 3:58 PM

To: **FFIBI** | l.lopez@ffibi.com

Hi Luis,

Can you please confirm these transactions have been completed so I can inform Morgan Stanley.

#2161 was dated for may 22
#2192 was dated for may 27

> From: **Michael Carbonara** | m.carbonara@phoenixam.net Monday, Jun 1, 2020, 11:55 AM
>
> Thanks. I'll be sending a again to this account later this week.
>
> How much time does it normally take to execute an about transfer?
>
> I sent mxn to mxn requests for transaction aid 2161 and 2192. Have these been completed?
>
> Sent from my iPhone
>
> > From: **FFIBI** | l.lopez@ffibi.com Wednesday, May 27, 2020, 4:28 PM
> >
> > Hello Michael,
> >
> > The bank should be finalizing incomings from last Friday today info from BMO began arriving this morning. Remember these wires can usually take any where from 48 to 72 business hours.
> >
> > <clip_image001.png>
> >
> > First Finance International Bank
> >
> > Luis A Lopez
> > Senior Operations Manager
> > e: L.Lopez@ffibi.com
> > w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you!

From: **Michael Carbonara** I m.carbonara@phoenixam.net Wednesday, May 27, 2020, 4:22 PM

Hi Luis/Michel,

I sent 25,000 USD into my account via your BMO instructions last Friday, and I requested an outbound transfer of 250,000 MXN last Friday to my Morgan stanley MXN account.

Its now Wednesday and none of these transactions are being executed.

Can you tell me what is happening with the money and why the inbound transactions are not being posted and the outbound transactions are not being sent.

I need this addressed immediately.

Michael

# Re: MCDP PHOENIX SERVICES PTE LTD

From: **Michel Poignant** | m.poignant@ffibi.com Tuesday, Jun 2, 2020, 9:04 PM

To: **Michael Carbonara** | m.carbonara@phoenixam.net

Cc: **c.ravier@ffibi.com** | c.ravier@ffibi.com, **FFIBI** | l.lopez@ffibi.com, **legal@ffibi.com** | legal@ffibi.com, **COMPLIANCE** | c.olivo@ffibi.com, **Neysha Natal** | nnatal@estrellallc.com, **jorge.morales@mbcdlaw.com** | jorge.morales@mbcdlaw.com, **pedro.morell@mbcdlaw.com** | pedro.morell@mbcdlaw.com

Well

We also have added our attorneys

We have a complain that you illegally took this money from a reserve account who doest belong to you and that you requested to be transferred to a personal account, and a request to have this money frozen, which we did in order to do an investigation.

We will be more than happy to escalade this to know to who belong this money and then to give it to the right owner

Regards

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

> From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 8:55 PM
>
> Mr. Poignant,
>
> I expect funds to be released and transfers executed. I would like to close the account immediately after all funds have been withdrawn.

If this is not resolved and the pending transfers completed by tomorrow we will take immediate action.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 8:47 PM

Let's arrange a call tomorrow to resolve this issue. I've included Neysha on cc. We will escalated this tomorrow as discussed.

Sent from my iPhone

From: **Michel Poignant** | m.poignant@ffibi.com Tuesday, Jun 2, 2020, 8:29 PM

Michael

I will call you tomorrow after i will have a call with all parties involved

MP

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 8:26 PM

I understand you may have a concern but a third unrelated party making claims that are unsubstantiated should not affect the account nor it's assets.

I provided payment confirmation and advised you in advance of funds coming in. Funds were received correctly. And if i did have any obligations then it is my business and duty to fulfill these obligations. However, obviously by freezing the account damages will occur.

Funds have sat with FFIBI for several weeks. Luis was attempting to assist me but I received communication that he could not do so. So out of necessity to did transfer request to another banking institution that can fulfill the request.

From: **Michel Poignant** l m.poignant@ffibi.com Tuesday, Jun 2, 2020, 7:52 PM

Mr Carbonara

it has been Brough to our attention that the money you received are from customers' processing reserve and to be paid to customer, and that this money was not belonging to you

We have received a request to froze this money and we are now doing an investigation.

I'm sure that you will agreed that making a complaint about money received illegally using a company name very similar to an other one who did receive also some money from processing will be more difficult for you to justify the right ownership than us to justify to block a transaction in order to verify the legitimacy

I told you that we will contact you tomorrow or Thursday for further explanations and we will, but for now your account is frozen and cannot have outgoing transactions

Regards

Michel Poignant

Michel Poignant
p: (+1) (787) 559 4123
f: (+1) (787) 478 8916
e: m.poignant@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

From: **Michael Carbonara** l m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 5:45 PM

Not one single outbound transaction has been executed. Every requested transaction is a known business entity with an agreement or supporting documents.

I have called and emailed in advance on the MXN transfers which Both you and Luis were well aware an approved.

There are no irregularities simply because not a single transaction was executed to demonstrate regular activity to compare it to.

Further, Compliance has not requested any additional supporting documents or explanation of transfers.

I expect Legal and Compliance will resolve the matter.

I am very familiar with the regulations set forth by the OCIF. My lawyers in Puerto Rico is Estrella LLC in Old San Juan. I will keep them informed of all activity and my communication with FFIBI.

There is no activity in violation of the OCIF regulations. If we cannot come to a resolution quickly then I will instruct Estrella LLC to escalate the dispute to the OCIF.

Michael Carbonara
(845) 337 6774

> From: **Michel Poignant** | m.poignant@ffibi.com Tuesday, Jun 2, 2020, 5:02 PM
>
> Mr Carbonara
>
> Your account show some potential irregularities and our compliance and legal department is actually looking at it
>
> We will contact you for further informations under way
>
> Regards
>
> MP
>
> Michel Poignant
> p: (+1) (787) 559 4123
> f: (+1) (787) 478 8916
> e: m.poignant@ffibi.com
> w: firstfinancebank.com
>
> Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.
>
> > From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 4:49 PM

Can you provide a phone number for anyone I can talk to at your bank?

I would like to address these issues. The lack of response from a regulated entity is worrisome.

Sent from my iPhone

From: **Michael Carbonara** | m.carbonara@phoenixam.net Tuesday, Jun 2, 2020, 3:50 PM

Adding Claude to cc.

Could someone please assist. Several transactions totaling a very large balance is missing. I need confirmations and funds posted. Some of these transactions are very delinquent.

I have emailed, called and submitted online chat and I am not getting any responses.

Please let me know the status of the transactions below today.

From: **Michael Carbonara** | m.carbonara@phoenixam.net To: **FFIBI** | l.lopez@ffibi.com Tuesday, Jun 2, 2020, 3:33 AM

Following up and adding Michel to email.

I need help. Every outbound transfer setup is not belong sent.

What is happening?

Transaction ID#
2189
2190
2161
2192

And then today I setup transfer 2206.

When do transactions get executed? Some of these transactions.

I emailed payment confirmations last week for 11k and yesterday 5k. Neither of these transactions have been posted yet.

Is FFIBI still operational?

Sent from my iPhone

From: **Michael Carbonara** I m.carbonara@phoenixam.net Monday, Jun 1, 2020, 3:58 PM

Hi Luis,

Can you please confirm these transactions have been completed so I can inform Morgan Stanley.

#2161 was dated for may 22
#2192 was dated for may 27

From: **Michael Carbonara** I m.carbonara@phoenixam.net Monday, Jun 1, 2020, 11:55 AM

Thanks. I'll be sending a again to this account later this week.

How much time does it normally take to execute an about transfer?

I sent mxn to mxn requests for transaction aid 2161 and 2192. Have these been completed?

Sent from my iPhone

From: **FFIBI** I l.lopez@ffibi.com Wednesday, May 27, 2020, 4:28 PM

Hello Michael,

The bank should be finalizing incomings from last Friday today info from BMO began arriving this morning. Remember these wires can usually take any where from 48 to 72 business hours.

<clip_image001.png>

First Finance International Bank

Luis A Lopez
Senior Operations Manager
e: L.Lopez@ffibi.com
w: firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have

received this e-mail in error, please immediately notify us by return e-mail. Thank you!

From: **Michael Carbonara** I m.carbonara@phoenixam.net Wednesday, May 27, 2020, 4:22 PM

Hi Luis/Michel,

I sent 25,000 USD into my account via your BMO instructions last Friday, and I requested an outbound transfer of 250,000 MXN last Friday to my Morgan stanley MXN account.

Its now Wednesday and none of these transactions are being executed.

Can you tell me what is happening with the money and why the inbound transactions are not being posted and the outbound transactions are not being sent.

I need this addressed immediately.

Michael

 **Michael Carbonara <mcarbonara11@gmail.com>**

## Fwd: MCDP PHOENIX SERVICES PTE LTD

1 message

**Michael Carbonara** <m.carbonara@phoenixam.net>
To: Michael Carbonara <mcarbonara11@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Michel Poignant <m.poignant@ffibi.com>
**Date:** June 2, 2020 at 9:04:31 PM EDT
**Subject: Re: MCDP PHOENIX SERVICES PTE LTD**

Well

We also have added our attorneys

We have a complain that you illegally took this money from a reserve account who doest belong to you and that you requested to be transferred to a personal account, and a request to l order to do an investigation.

We will be more than happy to escalade this to know to who belong this money and then to give it to the right owner

Regards

MP

On Jun 2, 2020, at 8:55 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Mr. Poignant,

I expect funds to be released and transfers executed. I would like to close the account immediately after all funds have been withdrawn.

If this is not resolved and the pending transfers completed by tomorrow we will take immediate action.

On Jun 2, 2020, at 8:47 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Let's arrange a call tomorrow to resolve this issue. I've included Neysha on cc. We will escalated this tomorrow as discussed.

Sent from my iPhone

On Jun 2, 2020, at 8:29 PM, Michel Poignant <m.poignant@ffibi.com> wrote:

Michael

I will call you tomorrow after i will have a call with all parties involved

MP

On Jun 2, 2020, at 8:26 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

I understand you may have a concern but a third unrelated party making claims that are unsubstantiated should not affect the account nor it's assets.

I provided payment confirmation and advised you in advance of funds coming in. Funds were received correctly. And if i did have any obligations then it is my duty to fulfill these obligations. However, obviously by freezing the account damages will occur.

Funds have sat with FFIBI for several weeks. Luis was attempting to assist me but I received communication that he could not do so. So out of necessity to d request to another banking institution that can fulfill the request.

On Jun 2, 2020, at 7:52 PM, Michel Poignant <m.poignant@ffibi.com> wrote:

Mr Carbonara

it has been Brough to our attention that the money you received are from customers' processing reserve and to be paid to customer, and that this mor not belonging to you

We have received a request to froze this money and we are now doing an investigation.

I'm sure that you will agreed that making a complaint about money received illegally using a company name very similar to an other one who did recei some money from processing will be more difficult for you to justify the right ownership than us to justify to block a transaction in order to verify the leg

I told you that we will contact you tomorrow or Thursday for further explanations and we will, but for now your account is frozen and cannot have outgo transactions

Regards

Michel Poignant

On Jun 2, 2020, at 5:45 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Not one single outbound transaction has been executed. Every requested transaction is a known business entity with an agreement or supporting documents.

I have called and emailed in advance on the MXN transfers which Both you and Luis were well aware an approved.

There are no irregularities simply because not a single transaction was executed to demonstrate regular activity to compare it to.

Further, Compliance has not requested any additional supporting documents or explanation of transfers.

I expect Legal and Compliance will resolve the matter.

I am very familiar with the regulations set forth by the OCIF. My lawyers in Puerto Rico is Estrella LLC in Old San Juan. I will keep them informed of all activity and my communication with FFIBI.

There is no activity in violation of the OCIF regulations. If we cannot come to a resolution quickly then I will instruct Estrella LLC to escalate the dispute to the OCIF.

Michael Carbonara
(845) 337 6774

> On Jun 2, 2020, at 5:02 PM, Michel Poignant <m.poignant@ffibi.com> wrote:
>
> Mr Carbonara
>
> Your account show some potential irregularities and our compliance and legal department is actually looking at it
>
> We will contact you for further informations under way
>
> Regards
>
> MP
>
>> On Jun 2, 2020, at 4:49 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>
>> Can you provide a phone number for anyone I can talk to at your bank?
>>
>> I would like to address these issues. The lack of response from a regulated entity is worrisome.
>>
>> Sent from my iPhone
>>
>>> On Jun 2, 2020, at 3:50 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:
>>>
>>> Adding Claude to cc.
>>>
>>> Could someone please assist. Several transactions totaling a very large balance is missing. I need confirmations and funds posted. Some of these transactions are very delinquent.
>>>
>>> I have emailed, called and submitted online chat and I am not getting any responses.
>>>
>>> Please let me know the status of the transactions below today.
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Michael Carbonara <m.carbonara@phoenixam.net>
>>>> **Date:** June 2, 2020 at 3:33:00 PM EDT
>>>> **To:** FFIBI <l.lopez@ffibi.com>, Michel Poignant <m.poignant@ffibi.com>
>>>> **Subject: Re: MCDP PHOENIX SERVICES PTE LTD**
>>>>
>>>> Following up and adding Michel to email.
>>>>
>>>> I need help. Every outbound transfer setup is not belong sent.
>>>>
>>>> What is happening?
>>>>
>>>> Transaction ID#
>>>> 2189
>>>> 2190
>>>> 2161
>>>> 2192
>>>>
>>>> And then today I setup transfer 2206.
>>>>
>>>> When do transactions get executed? Some of these transactions.
>>>>
>>>> I emailed payment confirmations last week for 11k and yesterday 5k. Neither of these transactions have been posted yet.
>>>>
>>>> Is FFIBI still operational?
>>>>
>>>> Sent from my iPhone

On Jun 1, 2020, at 3:58 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Hi Luis,

Can you please confirm these transactions have been completed so I can inform Morgan Stanley.

#2161 was dated for may 22
#2192 was dated for may 27

On Jun 1, 2020, at 11:55 AM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Thanks. I'll be sending a again to this account later this week.

How much time does it normally take to execute an about transfer?

I sent mxn to mxn requests for transaction aid 2161 and 2192. Have these been completed?

Sent from my iPhone

On May 27, 2020, at 4:28 PM, FFIBI <l.lopez@ffibi.com> wrote:

Hello Michael,

The bank should be finalizing incomings from last Friday today info from BMO began arriving this morning. Remember these wires can usually take any where from 48 to 72 business hours.

<clip_image001.png>

First Finance International Bank

Luis A Lopez
Senior Operations Manager
e:
L.Lopez@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you!

On May 27, 2020, at 4:22 PM, Michael Carbonara <m.carbonara@phoenixam.net> wrote:

Hi Luis/Michel,

I sent 25,000 USD into my account via your BMO instructions last Friday, and I requested an outbound transfer of 250,000 MXN last Friday to my Morgan stanley MXN account.

Its now Wednesday and none of these transactions are being executed.

Can you tell me what is happening with the money and why the inbound transactions are not being posted and the

outbound transactions are not
being sent.

I need this addressed
immediately.

Michael

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of th
mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publicat
or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data
computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, plea
immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is r
intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail
The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data conta
transmitted with, this e-mail. If you have received this e-mail in error, please immediately notify us by return e-mail.

Michel Poignant
p:
(+1) (787) 559 4123
f:
(+1) (787) 478 8916
e:
m.poignant@ffibi.com
w:
firstfinancebank.com

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this e-mail is not the intended reci
agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any res
damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please imme

LAW OFFICES
**WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.**
GONZÁLEZ PADIN BUILDING - PENTHOUSE
154 RAFAEL CORDERO STREET, PLAZA DE ARMAS
OLD SAN JUAN, PUERTO RICO 00901
TELEPHONE: (787) 977-2550
TELECOPIER: (787) 977-2559
WEBSITE: WBMVLAW.COM
EMAIL: AG@WBMVLAW.COM

STUART A. WEINSTEIN-BACAL+
PETER W. MILLER**
ENG. JAVIER A. VEGA VILLALBA***

MYRIAM OCASIO ARANA
EMAIL: MOA@WBMVLAW.COM
+ ALSO ADMITTED IN U.S. VIRGIN ISLANDS, DISTRICT OF COLUMBIA, AND VIRGINIA
EMAIL: SWB@WBMVLAW.COM
** EMAIL: PWM@WBMVLAW.COM
*** ALSO ADMITTED IN DISTRICT OF COLUMBIA
EMAIL: JVV@WBMVLAW.COM

IN WASHINGTON D.C. AREA

ROCK CLIFF FARM
1408 DELAPLANE GRADE ROAD
P.O. BOX 420
UPPERVILLE, VIRGINIA 20185
CELLULAR: (540) 272-7000
EMAIL: SAWBACAL@ AOL.COM

OF COUNSEL:
MANUEL A. QUILICHINI

November 8, 2021

**BY E-MAIL TO: ivan.llado@mbcdlaw.com**
Iván Lladó-Rodríguez, Esq.
Morell Bauza Cartagena & Dapena,LLC
PO Box 13399
San Juan, P.R. 00908

Re: **MCDP Phoenix Services PTE, LTD v. First Finance International Bank Corp., et al.**, Civil No. 20-1538 (RAM)

Dear Attorney Lladó-Rodríguez:

In compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the disclosures required, enclosed you will find Plaintiff's Initial Discovery Materials:

**A. Name, address and telephone of people who may have discoverable information.**

1. **Michael A. Carbonara ("Mr. Carbonara")** – He is the CEO of MCDP Phoenix Services PTE, LTD ("**MCDP**"). He has information regarding the allegations contained in the Verified Complaint in the instant case.

   The address and telephone number where Mr. Carbonara can be reached is:

   Contact through Plaintiff's Counsel

2. The following persons are either employees or ex-employees of First Finance International Bank Corp., which should have information regarding the instant case: a) Michel Poignant; b) Luis A. López; c) Gustavo Freyre; d) Claude Ravier; e) Adamary García; f) Cindia Lellany Olivo Acosta; g) Odetta N. Rivera Benitez; h) Brad Hacker; i) Bruce Parker; j) Luisalle de la Rosa Escabrok; k) Cedric Mayol; l) Michel Bachelier; m) Valdivia de Leon; n) Vanessa Marrero; o) Mayda Cardon; p) George Morales; q) Simon Holbrook; r) Norma Troth; s) Ignacio la Plata.

**B. Documentary Evidence.**

Plaintiff's Rule 26 Initial Disclosures to Defendant includes of all the documents attached as Exhibits to the Verified Complaint [Docket No. 1], plus the electronic copies of the documents hereto attached.

Any additional documentation identified at a later point will be produced during discovery.

**C. Computation of Each Category of Damages.**

The damages claimed by Plaintiff MCDP will be determined as discovery progresses. The amount will include the following categories: (1) the money MCDP originally deposited in their FFIB account; (2) the damages suffered from the loss of the use of the money; (3) damage to MCDP's professional reputation. The amount of damages will exclude the return of the original amount deposited with FFIB.

**D. Insurance Agreement.**

Plaintiff is in the process of evaluating its insurance coverage.

**E. Other Matters.**

None.

Should we identify further documents and/or persons with information about this case, we will inform you in a promptly manner. If you have any inquiries, do not hesitate to contact us.

**Iván Lladó-Rodríguez, Esq.**
**Rule 26 Initial Disclosures**
**November 8, 2021**
**Page 3**

Cordially,

S/Stuart A. Weinstein-Bacal

c. Peter W. Miller,
Javier A. Vega Villalba
Myriam C. Ocasio Arana